

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>Ernesto GONZALEZ-Chavez,<br>Jorge Daniel TOLEDO-Gonzalez,<br>Luis GONZALEZ-Barragan,<br><br><br><br><br>　　　　　　Defendants. | Magistrate Docket No. **22-MJ-166**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry<br><br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

### Count One

On or about January 12, 2022, within the Southern District of California, defendants Ernesto GONZALEZ-Chavez and Jorge Daniel TOLEDO-Gonzalez, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Alvaro Alonso SANCHEZ-Jimenez, Daniel VARELA-Romero and Andres VEGA-Gomez, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

Count Two

On or about January 12, 2022, within the Southern District of California, defendant Luis GONZALEZ-Barragan, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Diego, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant'sreapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 14, 2022

_____
HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Ernesto GONZALEZ-Chavez, Jorge Daniel TOLEDO-Gonzalez, Luis GONZALEZ-Barragan

**PROBABLE CAUSE STATEMENT**

The complainant states that Alvaro Alonso SANCHEZ-Jimenez, Daniel VARELA-Romero, and Andres VEGA-Gomez are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 12, 2022, Marine Interdiction Agents B. Loureiro, E. Wagley, T. Lombardi and M. Brady were crewmembers aboard their vessel M-857, conducting patrols. At approximately 9:09 PM, Air and Marine aircraft support observed a vessel lights out going north from Mexico into United States waters. Once the vessel was north, the agents attempted to interdict it, since it had no lights, and it was dark. The agents turned on the navigation lights, emergency blue lights and siren on the M-857. The vessel failed to heave at their commands to stop. The driver of the vessel got of the helm and went into the cabin. At this time, Agent Wagley initiated the Small Boat Interdiction Program, to which, Agent Lombardi properly placed a warning round directly in front of the vessel. Eventually the driver came back out and put the engine on neutral. Once the agents boarded the vessel, they encountered 10 individuals in total.

On January 13, 2022, Border Patrol Agent L. Perry was conducting his assigned duties in the San Clemente Border Patrol Station's area of responsibility. At approximately 12:45 AM, Border Patrol Agent Perry was instructed to go to Ballast Point in San Diego, California for a possible maritime smuggling event. Agent Perry arrived at Ballast Point, which is 14 miles northwest of the San Ysidro, California Port of entry and met with Air and Marine Operations agents. The agents had a total of 10 individuals detained. Agent Perry identified himself as a Border Patrol Agent and conducted an immigration inspection. Nine of the 10 individuals, including defendants, Ernesto GONZALEZ-Chavez, Jorge Daniel TOLEDO-Gonzalez, Luis GONZALEZ-Barragan and material witnesses, Alvaro Alonso SANCHEZ-Jimenez, Daniel VARELA-Romero and Andres VEGA-Gomez, stated that they were citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. One of the individuals stated that he was a citizen of Venezuela without any immigration documents allowing them to enter or remain in the United States legally. At approximately 3:10 AM, Agent Perry placed all 10 individuals, including GONZALEZ-Chavez, TOLEDO, GONZALEZ-Barragan, SANCHEZ, VARELA and VEGA, under arrest.

TOLEDO-Gonzalez stated that he does not possess immigration documentation allowing him to

**CONTINUATION OF COMPLAINT:**
Ernesto GONZALEZ-Chavez, Jorge Daniel TOLEDO-Gonzalez, Luis GONZALEZ-Barragan

be in and remain in the United States legally. TOLEDO-Gonzalez stated that he entered the United States by boat in the sea and was headed to Los Angeles California. TOLEDO-Gonzalez stated that he was helping the boat captain in exchange for his $10,000 fee being waived. TOLEDO-Gonzalez stated that he also helped the captain change the fuel lines when the fuel was running low. TOLEDO-Gonzalez stated that he did know that the other people on the vessel were illegal. TOLEDO-Gonzalez stated that he has helped cross people illegally via vessel on a previous event, but then stated that that was not the case this time. TOLEDO-Gonzalez was able to positively identify Ernesto GONZALEZ-Chavez as the captain of the boat. TOLEDO-Gonzalez stated that he not afraid of returning to Mexico.

GONZALEZ-Barragan stated that a taxi to him to Ensenada with a man who could help get him into the United States. GONZALEZ-Barragan added that he was taken to a hotel in Ensenada, he then picked up by a small white Toyota sedan. GONZALEZ-Barragan added that the boat left from Ensenada. GONZALEZ-Barragan added that a tall, fat guy with a tattoo on his neck, was driving the boat. GONZALEZ-Barragan stated that he made arrangements with an unknown man he met in Tijuana. GONZALEZ-Barragan stated that during the event he was seated in the lower level of the vessel. GONZALEZ-Barragan stated that he refused to take guilt for this incident. GONZALEZ-Barragan stated that he was not driving nor smuggling during this event. GONZALEZ-Barragan refused to state who was in charge on the boat during the journey into the United States

Material Witnesses Alvaro Alonso SANCHEZ-Jimenez, Daniel VALERA-Romero, and Andres VEGA-Gomez all stated that they are citizens and national of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. All three Material Witnesses stated that they entered illegally to look for work. VALERA and VEGA stated that they made smuggling arrangements with an unknown man. SANCHEZ stated that his uncle made the arrangements for him to be smuggled. VALERA and VEGA stated that they agreed to pay $17,500 each to be smuggled into the United States. VALERA was able to positively identify Jorge Daniel TOLEDO-Gonzalez as the person driving the boat. VALERA was also able to positively identify Ernesto GONZALEZ-Chavez as the person helping TOLEDO-Gonzalez. VEGA was able to positively identify GONZALEZ-Chavez as the person driving and navigating the boat.